**Order filed October 11, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00838-CV
_____

### IN THE INTEREST OF A.C. AND E.T-T., CHILDREN

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-30086**

---

## ORDER

No reporter's record has been filed in this case. The court reporter for the 312th District Court informed this court that appellant had not made arrangements for payment for the reporter's record and is not appealing as indigent. The court reporter also notified this court that the order from which appellant filed a notice of appeal has been vacated. The clerk's record supports the court reporter's assertion.

Accordingly, we order appellant to notify this court as to the status of this appeal. If appellant intends to pursue the appeal, appellant is directed to make payment arrangements for the reporter's record or file a brief in this appeal. If appellant does not intend to appeal the new judgment of the trial court, appellant is

directed to file a dispositive motion to dismiss in this court on or before **October 22, 2018**. If appellant fails to comply with this order, the court may dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM